UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LARUE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LIEUTENANT BASS, et al.,<br><br>Defendants. | Case No. 23-cv-04392-TLT<br><br>**ORDER OF DISMISSAL** |

Before the Court is plaintiff Michael Larue Brown's complaint pursuant to 42 U.S.C. § 1983 and application to proceed *in forma pauperis* (IFP). After plaintiff sent the Court his 42 U.S.C. § 1983 complaint and application to proceed IFP by regular mail from San Quentin State Prison, a facility which participates in prison email filing with this Court, the Clerk sent him a Notice to file his complaint and IFP application by prison email as required by General Order No. 76. ECF 1. Plaintiff has not complied with these instructions or shown good cause for not doing so. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Clerk's Notice and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may ask to reopen the action. To do this, he must file (i) by prison email an exact copy of his complaint in accordance with the instructions in the Notice and a motion with the words MOTION TO REOPEN written on the first page; or (ii) by regular mail a motion for leave to file his complaint by regular mail, in which he shows good cause why he cannot submit his documents electronically.

//

//

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: October 3, 2023

_____
Trina L. Thompson
United States District Judge